1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>A. RUIZ CONSTRUCTION CO. & ASSOC., INC., a California corporation; ANTONIO RUIZ, an Individual; and DOES 1-10,<br><br>                    Defendants. | Case No.: C 07 02647 WDB<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party in the above-captioned civil matter hereby voluntarily consents to have a United States

Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

6080695.1                          – 1 –

the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United

States Court of Appeals for the Ninth Circuit.

DATED:  May 22, 2007

                                BULLIVANT HOUSER BAILEY PC

                           By  _____

                                Joye Blanscett

                                Attorneys for Plaintiffs