1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 BOARD OF TRUSTEES OF THE              Case No.: C 07 02647 WDB
   LABORERS HEALTH AND WELFARE
   TRUST FUND FOR NORTHERN
14 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS VACATION-HOLIDAY          **PROOF OF SERVICE**
15 TRUST FUND FOR NORTHERN
   CALIFORNIA; BOARD OF TRUSTEES OF
16 THE LABORERS PENSION TRUST FUND
   FOR NORTHERN CALIFORNIA; and
17 BOARD OF TRUSTEES OF THE
   LABORERS TRAINING AND RETRAINING
18 TRUST FUND FOR NORTHERN
   CALIFORNIA,
19              Plaintiffs,

20      vs.

21 A. RUIZ CONSTRUCTION CO. & ASSOC.,
   INC., a California corporation; ANTONIO
22 RUIZ, an Individual; and DOES 1-10,

23              Defendants.

24

25

26

27

28

6081408.1                    – 1 –
                        PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Joye Blanscett, 191242<br>BULLIVANT, HOUSER, BAILEY, ET AL<br>601 CALIFORNIA ST STE 1800<br>SAN FRANCISCO, CA 94108-2823 | (415) 352-2700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>29512-28 | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Board of Trustees of the Laborers Health and Welfa

DEFENDANT:

A. Ruiz Construction Co. & Assoc., Inc., et al

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 02647 WDB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Case Cover Sheet, Summons, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order U.S. Magistrate Judge Wayne D. Brazil, ECF Registration Information Handout

2. Party Served:    A. Ruiz Construction Company & Association Inc., a california corporation

3. Person Served:    Thomas Cotter, Controller - Person authorized to accept service of process

4. Date & Time of Delivery:    May 29, 2007        5:58 pm        **BY FAX**

5. Address, City and State:    1601 Cortland Avenue
San Francisco, CA 94110

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 15.00

Registered California process server.
County: ALAMEDA
Registration No.:805
Expiration: September 8, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 1, 2007 at Oakland, California.

Signature: *Chris Beale*

Chris Beale