Ronald L. Richman, SBN 139189
Joye Blanscett, SBN 191242
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: joye.blanscett@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>A. RUIZ CONSTRUCTION CO. & ASSOC., INC., a California corporation; ANTONIO RUIZ, an Individual; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: C 07 02647 WDB<br><br>**PROOF OF SERVICE** |

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and Address):
Joye Blanscett, 191242
BULLIVANT, HOUSER, BAILEY, ET AL
601 CALIFORNIA ST STE 1800
SAN FRANCISCO, CA 94108-2823

**TELEPHONE NO.:** (415) 352-2700

**ATTORNEY FOR** (Name): Plaintiff

**Ref. No. or File No.:** 29512-28

FOR COURT USE ONLY

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:**
Board of Trustees of the Laborers Health and Welfa

**DEFENDANT:**
A. Ruiz Construction Co. & Assoc., Inc., et al

**PROOF OF SERVICE BY MAIL**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|
|  |  |  | C 07 02647 WDB |

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On June 1, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Civil Case Cover Sheet, Summons, Complaint, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order U.S. Magistrate Judge Wayne D. Brazil, ECF Registration Information Handout

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Antonio Ruiz, an individual
1601 Cortland
San Francisco, CA 94110

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

78.25

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on June 1, 2007 at Oakland, California.

*Lee Major*

Lee Major