United States District Court
Northern District of California

1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9                **Northern District of California**
10   Board of Trustees of the Laborers              07-02647 WDB
11   Health and Welfa,                              **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER**
12                    Plaintiff(s),
13        v.
14   A. Ruiz Construction Co. & Assoc., Inc.,
15                    Defendant(s).
16
17        The parties have failed to file an ADR Certification and either a Stipulation and
18   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone
19   Conference as required by the Initial Case Management Scheduling Order.  Counsel
20   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this
21   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file
22   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**
23   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),
24   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available
25   at www.adr.cand.uscourts.gov.)
26
27        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a
28   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-02647 WDB                    -1-

1 (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3 to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6 required, to occur before the Case Management Conference.

7

8

9 Dated: September 13, 2007

10                                                   RICHARD W. WIEKING
                                                     Clerk
11                                                   by:    Timothy J. Smagacz

12

13                                                   ADR Administrative Assistant
                                                     415-522-4205
14                                                   Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-02647 WDB                              -2-

**PROOF OF SERVICE**

Case Name:      Board of Trustees of the Laborers Health and Welfa v. A. Ruiz
                Construction Co. & Assoc., Inc.

Case Number:    07-02647 WDB

I declare that I am an employee in the Office of the Clerk, U.S. District Court,
Northern District of California.  I am over the age of eighteen (18) years and not
a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 13, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as
specified by General Order No. 45 to the following parties:

> Joye Blanscett
> BULLIVANT HOUSER BAILEY PC
> 601 California Street, Suite 1800
> San Francisco, CA 94108-2823
> joye.blanscett@bullivant.com
>
> Ronald Lee Richman
> Bullivant Houser Bailey PC
> 601 California Street, Ste. 1800
> San Francisco, CA 94108
> ron.richman@bullivant.com
>
> Richard C. Stromberg
> Law Offices of Richard C. Stromberg
> 790 Mission Avenue
> San Rafael, CA 94901
> stromberg@mlplaw.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 13, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov