1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13 BOARD OF TRUSTEES OF THE                    Case No.: C 07 02647 WDB
   LABORERS HEALTH AND WELFARE
14 TRUST FUND FOR NORTHERN
   CALIFORNIA; BOARD OF TRUSTEES OF
15 THE LABORERS VACATION-HOLIDAY              **STIPULATION REGARDING ADR
   TRUST FUND FOR NORTHERN                     PROCESS AND [PROPOSED] ORDER**
16 CALIFORNIA; BOARD OF TRUSTEES OF
   THE LABORERS PENSION TRUST FUND
17 FOR NORTHERN CALIFORNIA; and
   BOARD OF TRUSTEES OF THE
18 LABORERS TRAINING AND RETRAINING
   TRUST FUND FOR NORTHERN
19 CALIFORNIA,
                Plaintiffs,
20
        vs.
21
   A. RUIZ CONSTRUCTION CO. & ASSOC.,
22 INC., a California corporation; ANTONIO
   RUIZ, an Individual; and DOES 1-10,
23
                Defendants.
24

25      Counsel for the Plaintiffs Laborers Trust Funds and Defendants A. Ruiz Construction

26 Co. & Assoc., Inc. and Antonio Ruiz have met and conferred regarding an ADR process.

27 ///

28 ///

6086253.1                          – 1 –
          Stipulation Regarding ADR Process and [Proposed] Order

Since the filing of the above-captioned action, the parties have engaged in informal settlement discussions and reached an agreement to settle. The details of the settlement are still being worked out.

In light of the fact that the parties have agreed to settle and only need time to finalize their agreement, the parties do not believe that referral to an ADR process is necessary and request that they be excused from participating in any ADR process at this time.

DATED: September 17, 2007

BULLIVANT HOUSER BAILEY PC

By /s/ _____
   Joye Blanscett
   Attorneys for Plaintiffs

DATED: September 17, 2007

LAW OFFICES OF RICHARD C. STROMBERG

By /s/ _____
   Richard C. Stromberg
   Attorneys for Defendants

### [PROPOSED] ORDER

IT IS SO ORDERED that the parties are excused from participating in an ADR process at this time.

DATED: _____, 2007

By _____
   HON. WAYNE D. BRAZIL
   UNITED STATES MAGISTRATE JUDGE