1  Ronald L. Richman, SBN 139189
   Joye Blanscett, SBN 191242
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   E-mail: ron.richman@bullivant.com
4  E-mail: joye.blanscett@bullivant.com
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiffs

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>A. RUIZ CONSTRUCTION CO. & ASSOC., INC., a California corporation; ANTONIO RUIZ, an Individual; and DOES 1-10,<br><br>    Defendants. | Case No.: C 07 02647 WDB<br><br>**STIPULATION REGARDING ADR PROCESS AND [~~PROPOSED~~] ORDER**<br>(WDB) |

Counsel for the Plaintiffs Laborers Trust Funds and Defendants A. Ruiz Construction Co. & Assoc., Inc. and Antonio Ruiz have met and conferred regarding an ADR process.

///

///

6086253.1                               – 1 –
Stipulation Regarding ADR Process and [Proposed] Order

1  Since the filing of the above-captioned action, the parties have engaged in informal
2  settlement discussions and reached an agreement to settle. The details of the settlement are still
3  being worked out.
4  In light of the fact that the parties have agreed to settle and only need time to finalize
5  their agreement, the parties do not believe that referral to an ADR process is necessary and
6  request that they be excused from participating in any ADR process at this time.

DATED: September 17, 2007

BULLIVANT HOUSER BAILEY PC

By /s/
    Joye Blanscett
    Attorneys for Plaintiffs

DATED: September 17, 2007

LAW OFFICES OF RICHARD C. STROMBERG

By /s/
    Richard C. Stromberg
    Attorneys for Defendants

~~[PROPOSED]~~ ORDER

IT IS SO ORDERED that the parties are excused from participating in an ADR process at this time.

DATED: 9-19, 2007

By /s/ Wayne D. Brazil
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE