UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al,<br><br>Plaintiffs,<br><br>v.<br><br>REED, et al.<br><br>Defendants.<br>_____/ | No. C 07-2647 WDB<br><br>NOTICE VACATING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Initial Case Management Conference scheduled for Thursday, September 27, 2007, at 3:00 p.m. is VACATED.

Dated: September 20, 2007

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats