Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
E-mail: ron.richman@bullivant.com
E-mail: susan.olson@bullivant.com
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>vs.<br><br>A. RUIZ CONSTRUCTION CO. & ASSOC., INC., a California corporation; ANTONIO RUIZ, an Individual,<br><br>        Defendants. | Case No.: C 07 02647 WDB<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the

11361730.1                                             – 1 –
Stipulation For Dismissal

1 | Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers
2 | Training and Retraining Trust Fund for Northern California, on the one hand, and Defendants A.
3 | Ruiz Construction Co. & Assoc., Inc. and Antonio Ruiz, on the other hand, through their
4 | respective counsel, that this matter be dismissed in its entirety, with prejudice, each party to bear
5 | their own attorneys' fees and costs.

6 | DATED: March 10, 2009

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs

DATED: March 10, 2009

LAW OFFICES OF RICHARD C. STROMBERG

By _____
Richard C. Stromberg

Attorneys for Defendants

#### [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED that this case be dismissed in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: March 13, 2009

By _____
HON. WAYNE ___ JUDGE

IT IS SO ORDERED
Judge Wayne D. Brazil

11361730.1

—2—

Stipulation For Dismissal